AO91 (Rev. 12/03)  Criminal Complaint                                                                              AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>vs. | **CRIMINAL COMPLAINT**<br>Case Number: 7:19-po-02077 |

Oscar Joel PEREZ
IAE
Guatemala 1994

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief.  On or about __January 14, 2019__ in __Hidalgo__ County, in the __Southern District Of Texas__ defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title __8__ United States Code, Section(s) __1325(a)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

**Oscar Joel PEREZ was encountered by Border Patrol Agents near Los Ebanos, Texas on January 14, 2019.  When questioned as to his citizenship, defendant stated that he was a citizen and national of Guatemala, who had entered the United States illegally on January 14, 2019 by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/  Meador, Kellen  Border Patrol Agent
Signature of Complainant

Meador, Kellen    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

January 15, 2019
Date

at   McAllen, Texas
City/State

J Scott Hacker          U.S. Magistrate Judge
Name of Judge          Title of Judge

Signature of Judge